Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Ste. 170
Los Angeles, CA  90025
Telephone: (323) 988-2400
Attorney for Plaintiff,

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KAREN NEWSOME, | Case No.: 2:09-cv-00381-FCD-KJM |
| Plaintiff, | |
| vs. | **NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

**TO:   DEFENDANT AND ITS ATTORNEY, DEBBIE P. KIRKPATRICK:**

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and filed herein in the above matter, and attached hereto as <u>Exhibit A</u>.

RESPECTFULLY SUBMITTED,

DATED:  May 13, 2009           KROHN & MOSS, LTD.

By: <u>/s/ Ryan Lee</u>

Ryan Lee
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A**

NOTICE OF ACCEPTANCE OF RULE 68 OFFER