Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NEWSOM,<br><br>            Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant. | Case No.  09-CV-00381-FCD-KJM<br><br>OFFER OF JUDGMENT<br>[Fed. R. Civ. P. 68] |

TO:    PLAINTIFF ABOVE-NAMED AND HER ATTORNEY:

Pursuant to Fed. R. Civ. P. 68, Defendant, NCO Financial Systems, Inc. ("NCO"), hereby offers to allow judgment to be taken against it in favor of Plaintiff, as follows:

///

///

1) Judgment shall be entered against NCO for damages in the amount of Four Hundred and No/100 Dollars ($400.00) for NCO's alleged violations of the Fair Debt Collection Practices Act.

2) The Judgment entered shall include an additional amount for plaintiff's reasonable costs, inclusive of attorney's fees, accrued to the date of this Offer of Judgment, either as agreed to by counsel for NCO, or in the event counsel for NCO and plaintiff cannot agree, as determined by the Court on application by plaintiff.

3) The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by plaintiff against NCO and said judgment shall have no effect whatsoever except in settlement of those claims;

4) This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that the defendant is liable in this action, or that the plaintiff has suffered any damage.

///

///

///

///

///

///

///

///

5)   In accordance with Rule 68, if this Offer of Judgment is not accepted by plaintiff in writing within 10 days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs.  If this Offer of Judgment is not accepted by plaintiff and the judgment finally obtained by plaintiff is not more favorable than this Offer, the plaintiff must pay his costs incurred after making this Offer, as well as the costs of the defendant as allowed by the law of this Circuit.

Dated: 4/9/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

　　　　　　　　　　　 /s/Debbie P. Kirkpatrick_____
　　　　　　　　　　　Debbie P. Kirkpatrick,
　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　NCO Financial Systems, Inc.


ACCEPTED:     _____
　　　　　　　　　　　Plaintiff

　　DATE:     _____