| UNITED STATES DISTRICT COURT | **FILED** |
| --- | --- |
| EASTERN DISTRICT OF CALIFORNIA | May 14, 2009 |
| | CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
| | DEPUTY CLERK |

**JUDGMENT IN A CIVIL CASE**

KAREN NEWSOME,

    Plaintiff,                  CIV.S-09-0381 FCD KJM

    v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON MAY 13, 2009.**

                                                    Victoria C. Minor,
                                                    Clerk of the Court

ENTERED:    May 14, 2009

                                                    by:_____/s/_____
                                                       Michele Krueger,
                                                       Courtroom Deputy