Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NEWSOM, | Case No 2:09-CV-00381-FCD-KJM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, KAREN NEWSOM, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about February 9, 2009. Plaintiff accepted NCO's Offer of Judgment on May 13, 2009, and Judgment was entered on May 14, 2009. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

Stipulation and Order to Vacate Judgment and Dismiss

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/2/09                    KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff,
Karen Newsom

Dated: 6/2/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.

**IT IS SO ORDERED.**

Dated: June 3, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE